BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN C. BOSTIC (CABN 264367)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    john.bostic@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-CR-00419 LHK |
| Plaintiff, | JOINT STIPULATION TO EXCLUDE TIME FROM OCTOBER 11, 2016 TO OCTOBER 26, 2016; [~~PROPOSED~~] ORDER |
| v. | [18 U.S.C. § 3161(H)(7)(A) & (H)(7)(B)(IV)] |
| ROBERT RUELAS-CAMACHO, | |
| Defendant. | |

## JOINT STIPULATION

On October 11, 2016, the parties appeared before the Court, and Defendant was arraigned on the pending charge. The Court set a future status conference for October 26, 2016. Both parties agree that exclusion of time through that date under the Speedy Trial Act is warranted.

Accordingly, the parties hereby stipulate that the time between October 11, 2016 and October 26, 2016 should be excluded from the period of time within which the Defendant's trial must commence pursuant to the Speedy Trial Act in order to allow counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice

///

served by granting the request outweigh the best interest of the public and the Defendant in a speedy trial.

DATED: October 20, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
JOHN C. BOSTIC
Assistant United States Attorney

DATED: October 20, 2016

/s/
VARELL L. FULLER
Assistant Federal Public Defender

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the COURT HEREBY ORDERS that the time between October 11, 2016, and October 26, 2016 is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court finds that the failure to grant this request would unreasonably deny each counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the request outweigh the best interest of the public and the Defendant in a speedy trial and in the prompt disposition of criminal cases.

The Court therefore concludes that this exclusion of time should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 10/24/16

HON. HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE